MD ZAHURAL HAQUE, Appellant, v CITY OF NEW YORK et al., Respondents. [947 NYS2d 894]

The defendants failed to meet their prima facie burden of showing that the plaintiff did not sustain a serious injury within the meaning of Insurance Law § 5102 (d) as a result of the subject accident (*see Toure v Avis Rent A Car Sys.*, 98 NY2d 345 [2002]; *Gaddy v Eyler*, 79 NY2d 955, 956-957 [1992]). The defendants failed to adequately address the plaintiff's claim that as a result of the subject accident, he sustained certain psychological injuries constituting a serious injury within the meaning of Insurance Law § 5102 (d) (*see Krayn v Torella*, 40 AD3d 588 [2007]; *see generally Kranis v Biederbeck*, 83 AD3d

903 [2011]; *Krivit v Pitula,* 79 AD3d 1432 [2010]; *Chapman v Capoccia,* 283 AD2d 798 [2001]).

Accordingly, the Supreme Court should have denied the defendants' motion for summary judgment dismissing the complaint, regardless of the sufficiency of the plaintiff's opposition papers (*see Krayn v Torella,* 40 AD3d at 588). Skelos, J.P., Florio, Lott and Miller, JJ., concur.